**Order entered December 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00958-CV

**LAKEITH AMIR-SHARIF, Appellant**

**V.**

**TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

We **GRANT** appellant's December 18, 2014 second motion for an extension of time to file a reply brief **TO THE EXTENT** that appellant shall file a reply brief by **JANUARY 30, 2015**.

/s/      ELIZABETH LANG-MIERS
         JUSTICE